IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                                  )
        v.                    )     Criminal No. 02-56
                                  )
MICHELLE MORRIS             )

ORDER OF COURT

AND NOW, to wit, this 19th day of Sept, 2006,

upon consideration of the Motion to Dismiss Indictment, heretofore

filed by the United States of America, IT IS HEREBY ORDERED that

said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No.

02-56 as against defendant Michelle Morris is hereby DISMISSED.

_____
UNITED STATES DISTRICT JUDGE


cc:   Counsel for Defendant
      United States Attorney
      United States Marshals Service
      Pretrial Services